908 F.2d 963
 Lee (Howard, Sharon D.), Estate of Lee (Donald M.)
v.
Gateway Institute & Clinic, Inc., t/d/b/a Gateway
Comprehensive Care Center, Digilarmo (Pamela), Chen
(William, M.D.), McClure (Rex), Navarro (Raymond),
Clearfield-Jefferson Community Mental Health Center, Inc.,
Dubois Regional Medical Center, Fugate (James K., M.D.),
Allen (John E., M.D.), Wommer (Frederick E.)
 NO. 89-3811
 United States Court of Appeals,
Third Circuit.
 JUN 06, 1990
 
 Appeal From: W.D.Pa.,
 Smith, J.,
 
 732 F.Supp. 572
 
 1
 AFFIRMED.